625 A.2d 642

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William GOSS, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted May 5, 1993.

Decided June 1, 1993.

Joshua D. Lock, Harrisburg, for appellant.

Timothy S. Searer, Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM.

AND NOW, this 1st day of June, 1993, the order of the Superior Court is vacated and the case is remanded to the trial court for reconsideration in light of *Commonwealth v. Jay Smith*, 532 Pa. 177, 615 A.2d 321 (1992). William Goss, Jr. is granted leave to amend his post-verdict motions and the

412

Commonwealth is granted leave to file an amended response thereto in light of that opinion.

Jurisdiction is relinquished.